## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARQIS LEE RAYNER, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| COUNTY OF CHESTER, et al., | : | NO. 23-5187 |
| Defendants. | : | |

## ORDER

AND NOW, this 28th day of February, 2024, upon consideration of Defendant's *Motion for Judgment on the Pleadings* (ECF No. 13), and all papers submitted in support thereof or in opposition thereto, it is hereby **ORDERED** that said Motion is **DENIED** for the reasons stated in this Court's accompanying Memorandum.

It is **FURTHER ORDERED** that Defendant's *Motion to Stay Discovery Pending Determination of Motion for Judgment on the Pleadings* (ECF No. 14) is **DENIED as MOOT**.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**