IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARQUIS LEE RAYNER, | : | CIVIL ACTION |
|    Plaintiff, | : | |
| | : | No. 23-5187 |
|    v. | : | |
| | : | |
| THE COUNTY OF CHESTER AND DETECTIVE HAROLD DUTTER, | : | |
|    Defendant. | | |

## ORDER

AND NOW, this 6th day of May, 2025, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 31), and all responses thereto, for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that said Motion is **GRANTED** in **PART** and **DENIED** in **PART** as follows:

1. Summary Judgment for Count I is **GRANTED** for the Malicious Prosecution Claim under the Fourteenth Amendment and **DENIED** for the Malicious Prosecution Claim under the Fourth Amendment;

2. Summary Judgment for Count II (Due Process) is **GRANTED**;

3. Summary Judgment for Count III (*Monell* Claim) is **GRANTED**;

4. Summary Judgment for Count IV (Civil Rights Conspiracy) is **DENIED**;

5. Summary Judgment for Count V (Malicious Prosecution under Pennsylvania law) is **DENIED**; and

6. Summary Judgment for Punitive Damages is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Statement of Facts to Be Deemed Admitted (ECF No. 38) is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**